On Application for Rehearing
PER CURIAM.
In their application for a rehearing the appellees herein complained that we erred in failing to allow interest at the legal rate from date of judicial demand and further that we failed to consider the payment of costs other than experts’ fees.
In their answer to the appeal appellees prayed that the judgment be amended “by increasing the amount allowed therein for damages to $14,500 and awarding legal interest from date of judicial demand until paid and all costs and affirming the sum of $450 allowed for experts’ fees.” However, it was and is significantly observed that in their petition plaintiffs failed to expressly claim legal interest from date of judicial demand. The said prayer of their petition was for judgment in the amount sued for, for the fixing of reasonable fees for the experts testifying on their behalf, for the taxing and assessing of said fees as cost, and for all cost.
Article 553 of the Code of Practice provides : “Interest shall not be allowed by the judgment, unless the same have been expressly claimed, and then only in cases in which the law permits such interests to be stipulated.”
Manifestly, having failed to expressly claim any interest due as required by Code *741 of Practice, Article 553 the judgment of the lower court could not have allowed the same and our affirmance of the judgment rendered below is in full compliance with our law.
It is true that plaintiffs prayed for an assessment of all cost against the defendant. But it is equally true that under Article 157 of our Code of Practice that as related to the cost of the suit it is not required that they should have been claimed in the petition or answer in order to recover them. Therefore, under the provisions of said article all costs follow the judgment and are due to the successful litigant whether prayed for or not.
For the reasons assigned we conclude that our decree is correct.